**Floyd M. MINKS, Plaintiff–Appellant,**

v.

**POLARIS INDUSTRIES, INC., Defendant–Cross Appellant.**

Nos. 2010–1106, 2010–1132.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2010.

Steven L. Brannock, Brannock & Humphries, of Tampa, Florida, argued for plaintiff-appellant. With him on the brief was Sarah C. Pellenbarg.

Anthony C. Roth, Morgan, Lewis & Bockius LLP, of Washington, DC, argued

for defendant-cross appellant. With him on the brief was Michelle P. Nguyen.

Before RADER, Chief Judge, PLAGER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.